

# Case Assignment
## Standard Criminal Assignment

Case number **3:17CR-27-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 2/22/2017 12:49:46 PM
Transaction ID: 8340

[ Request New Judge ]   [ Return ]