FILED
VANESSA L. ARMSTRONG, CLERK

FEB 22 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA							PLAINTIFF

vs.											CRIMINAL ACTION NO. 3:17-CR-27-DJH

RICHARD F. WHITE, A/K/A RAMBO						DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney, Mac Shannon hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067
Email: Mac.Shannon@usdoj.gov