USDC KYWD  - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**      **PLAINTIFF**

**VS.**      **CRIMINAL ACTION NUMBER: 3:17CR-27-DJH**

**RICHARD F. WHITE**      **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on March 2, 2017 to conduct an initial appearance.

<u>APPEARANCES</u>
For the United States:   Mac Shannon,  Assistant United States Attorney
For the defendant:       Defendant, Richard F. White - Present and in custody
Court Reporter:          Digital Recording

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights.  The defendant advised the Court that he will retain counsel for future proceedings.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **March 3, 2017 at 2:30 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 2nd  day of March, 2017

        **ENTERED BY ORDER OF THE COURT:**
        **COLIN H. LINDSAY**
        **UNITED STATES MAGISTRATE JUDGE**
        **VANESSA L. ARMSTRONG, CLERK**
        **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

Copies: Counsel of Record
        U.S. Probation

| 0|05 |