**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                                        **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                                          **DEFENDANT**

Comes now J. CLARK BAIRD, and hereby serves notice of his Entry of Appearance as

Counsel in this case  that he will represent the Defendant, **RICHARD WHITE**, in the above

proceeding.  All correspondence, legal notices, copies of pleadings, and all documents relating to this

case should be sent to:

> J. CLARK BAIRD
> Office 504, Republic Plaza
> 200 S. 7th Street
> Louisville, KY 40202
> PHONE: (502) 583-3388
> FAX: (502) 583-8007
> EMAIL: clark@jclarkbaird.com

Respectfully submitted,

s/ J. CLARK BAIRD

J. CLARK BAIRD
Counsel for: **RICHARD WHITE**
Office 504, Republic Plaza
200 S. 7th Street
Louisville, KY 40202
Phone:  (502) 583-3388
 Fax:  (502) 583-8007
E-mail:clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on March 6,  2017,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Mac Shannon.

/s/ J. CLARK BAIRD

J. CLARK BAIRD
Counsel for Defendant