UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                                                    **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                                                              **DEFENDANT**

UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the detention hearing scheduled for March 6th, 2017 and be rescheduled for March 7th, 2017 at 2:30 P.M. EST.

Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, whom offered no objection to the continuance. Further, the Defendant and family have been informed and offered no objection.

WHEREFORE, the Defendant through counsel respectfully requests that the detention hearing herein be continued until March 7th, 2017 at 2:30 P.M..

    Respectfully submitted,

    s/ J. Clark Baird  
    J. CLARK BAIRD  
    Counsel for Defendant  
    Suite 504, Republic Plaza  
    200 South 7th St.  
    Louisville, KY 40202  
    PHONE: (502) 583-3388  
    FAX: (502) 583-8007  
    EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Mac Shannon.

/s/ J. CLARK BAIRD
J. CLARK BAIRD
Counsel for Defendant