# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                                      **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                                     **DEFENDANT**

## ORDER

Motion having been made and the Court having been advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue IS GRANTED and the Detention Hearing herein is rescheduled for March 7th, 2017 at 2:30 P.M..

SO ORDERED