# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                                **CRIMINAL ACTION NUMBER: 3:17CR-27-DJH**

**RICHARD F. WHITE**                                                                                  **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on March 3, 2017 for arraignment proceedings and a detention hearing.

<u>APPEARANCES</u>
For the United States:   J. Scott Davis, on behalf of Mac Shannon, Assistant United States Attorney
For the defendant:        Defendant, Richard F. White - Present and in custody
Court Reporter:           Digital Recording

Retained counsel did not appear on behalf of the defendant. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that this case is **CONTINUED** for arraignment proceedings and a detention hearing on **March 6, 2017 at 2:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 6th day of March, 2017

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** /s/ *Theresa L. Burch* **- Deputy Clerk**

Copies: Counsel of Record
        U.S. Probation

0|05