FILED
VANESSA L. ARMSTRONG, CLERK

MAR 07 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL ACTION NUMBER: 3:17CR-27-DJH

Richard F. White     DEFENDANT

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: 3/7/17

_____
Defendant

_____
Defense Counsel