AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR 07 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 3:17CR-27-DJH |
| Richard F. White | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard F. White

Date: 3/7/17

_Attorney's signature_

J. Clark Baird  92452
_Printed name and bar number_

Office 504
200 South 7th St.
_Address_

Clark@jclarkbaird.com
_E-mail address_

(502) 587-3338
_Telephone number_

583-8007
_FAX number_