UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Louisville Division
*Electronically Filed*

UNITED STATES OF AMERICA          PLAINTIFF

v.          CASE NO:3:17-cr-27

**RICHARD WHITE**          **DEFENDANT**

\*\*\* \*\*\* \*\*\* \*\*\*

**PLEASE TAKE NOTICE** that effective March 31ST, 2017, the undersigned, and J. CLARK BAIRD PLLC will be relocating to the following:

> J. CLARK BAIRD PLLC
> 969 Barret Ave.
> Louisville, KY 40204
> 502-583-3388 - Telephone
> **502-583-3366 - Facsimile**

Please direct all future notice(s), correspondence, pleadings etc., to the address noted above commencing March 31ST, 2017.

Respectfully submitted,

*s/ J. CLARK BAIRD*
J. CLARK BAIRD
Counsel for: **DEFENDANT**
Office 504, Republic Plaza
200 S. 7th Street
Louisville, KY 40202
Phone: (502) 583-3388
Fax: (502) 583-8007
E-mail:clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on March 27th, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Mac Shannon.

*/s/ J. CLARK BAIRD*
J. CLARK BAIRD
Counsel for Defendant