# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                                                        **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                                            **DEFENDANT**

<u>UNOPPOSED MOTION TO CONTINUE</u>

      COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the trial, pretrial dates, motion deadlines and deadlines herein.

      Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, whom offered no objection to the continuance.

      WHEREFORE, the Defendant through counsel respectfully requests that the trial, pretrial dates and deadlines herein be continued.

                                                                Respectfully submitted,

                                                                s/ J. Clark Baird  
                                                                J. CLARK BAIRD  
                                                                Counsel for Defendant  
                                                                Suite 504, Republic Plaza  
                                                                200 South 7th St.  
                                                                Louisville, KY 40202  
                                                                PHONE: (502) 583-3388  
                                                                FAX: (502) 583-8007  
                                                                EMAIL: clark@jclarkbaird.com

### CERTIFICATE OF SERVICE

      I hereby certify that on April 12th, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Mac Shannon.

                                                                /s/ J. CLARK BAIRD  
                                                                J. CLARK BAIRD  
                                                                Counsel for Defendant