## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                          **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                           **DEFENDANT**

### ORDER

Motion having been made and the Court having been advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue IS GRANTED.

SO ORDERED