UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                              Plaintiff,

v.                                                                             Criminal Action No. 3:17-cr-27-DJH

RICHARD F. WHITE,                                                                                     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on April 12, 2017, with the following counsel participating:

    For the United States:    Mac Shannon

    For Defendant:    J. Clark Baird

The Court and counsel discussed the procedural posture of the case. Defense counsel reported an outstanding request for additional discovery and anticipated filing a motion to continue the trial.

April 12, 2017

                                              **David J. Hale, Judge**
                                              **United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg