**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**Louisville Division**
***Electronically Filed***

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                                  **CASE NO:3:17-cr-27**

**RICHARD WHITE**                                                      **DEFENDANT**

---

<u>**Motion for Withdraw**</u>

COMES NOW, J. CLARK BAIRD, attorney for the Defendant, MARK D. SCAGGS, in

the above-styled action, and pursuant to LCrR 57.6 hereby respectfully moves this Honorable

Court to allow him to withdraw as counsel of record for the Defendant and that he be hereby

relieved of any and all further duties and responsibilities in this action (*See attached Affidavit*).

Respectfully submitted,


S/J. Clark Baird
J. CLARK BAIRD
Counsel for Defendant
969 Barret Ave.
Louisville, KY 40204
(502) 583-3388 phone
(502) 583-3366 fax
clark@jclarkbaird.com email


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18th, 2017  I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to
Assistant United States Attorney, Mac Shannon and first class mail to the Defendant, Richard
White at 1363 S. 28th Street, Louisville, KY 40211.

/s/ J. CLARK BAIRD
J. CLARK BAIRD
Counsel for Defendant