UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CASE NO: 3:17-CR-27** |
| **RICHARD WHITE** | **DEFENDANT** |

<u>AFFIDAVIT</u>

COMES THE DEFENDANT, RICHARD WHITE, and being duly sworn states the following:

1. My names is Richard White and I am the Defendant herein.

2. I am indigent and requesting the Court assign me a Public Defender in the case herein.

3. I do not have the financial resources to retain a private attorney or to pay J. Clark Baird to continue as my attorney.

4. I am currently unemployed and do not own any personal property, such as a car, to sell to pay an attorney.

5. J. Clark Baird has agreed to accept payments for this case; however I cannot even make minimal payments for his legal services.

6. Therefore, I am requesting that J. Clark Baird withdraw from this case and the Court appoint me a public defender.

FURTHER AFFIANT SAYETH NOT.

_____
RICHARD WHITE

COMMONWEALTH OF KENTUCKY   )
                           ) SS
COUNTY OF JEFFERSON        )

Subscribed and sworn to before me by RICHARD WHITE this 18 day of April, 2017.

My Commission expires: 8/26/17

INADEE M. RIOS
NOTARY PUBLIC
Kentucky State at Large
My Commission … 2017
I.D. # …

_____
NOTARY PUBLIC