**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                           **CASE NO: 3:17-CR-27**

**RICHARD WHITE**                                                                                **DEFENDANT**

### ORDER

Motion having been made and the Court being sufficiently advise **IT IS HEREBY ORDERED** that , attorney for the Defendant, Hon. J. Clark Baird's Motion to Withdraw **IS GRANTED** and he is hereby relieved of any and all further duties and responsibilities in this action.

SO ORDERED