# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:17CR-27-DJH** |
| **RICHARD F. WHITE** | **DEFENDANT** |

## ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on May 24, 2017 regarding the Motion to Withdraw as Attorney (DN 22). The Defendant, Richard F. White, was present with retained counsel, J. Clark Baird. The proceedings were recorded by Alan Wernecke, Official Court Reporter.

The Court discussed the motion with counsel and the Defendant and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney is **GRANTED** and J. Clark Baird is **WITHDRAWN** as counsel of record for Defendant Richard F. White. After questioning the Defendant under oath regarding his ability to afford counsel, the Court appointed the Office of the Federal Defender to represent the Defendant in future proceedings.

**IT IS FURTHER ORDERED** that the Defendant shall remain under the terms and conditions of his bond pending further order of the Court.

cc: United States Attorney
United States Probation
Counsel for the Defendant

0|15