UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                              Plaintiff,

v.                                                                    Criminal Action No. 3:17-cr-27-DJH

RICHARD F. WHITE,                                                                      Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on June 6, 2017, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Patrick Bouldin

The Court and counsel discussed the procedural posture of the case.

June 6, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1