UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:17CR-27-DJH** |
| **RICHARD F. WHITE** | **DEFENDANT** |

### ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on July 19, 2017 regarding the Motion to Withdraw as Attorney (DN 31). The defendant, Richard F. White, was present with Patrick J. Bouldin, Assistant Federal Defender. The proceedings were recorded by Alan Wernecke, Official Court Reporter.

The Court discussed the motion with counsel and advised the defendant of the factors concerning self representation. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney is **GRANTED** and Patrick J. Bouldin and the Office of the Federal Defender are **WITHDRAWN** as counsel of record. Defendant Richard F. White knowingly and voluntarily waived his right under the Sixth Amendment to be represented by counsel and will represent himself in this action. The Office of the Federal Defender shall remain in this matter as standby counsel for the defendant.

**IT IS FURTHER ORDERED** that the Defendant shall remain under the terms and conditions of his bond pending further order of the Court.

cc: United States Attorney
     United States Probation
     Counsel for the Defendant

0|30