UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:17-cr-27-DJH

RICHARD F. WHITE,                                                                         Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on August 21, 2017, with the following counsel participating:

    For the United States:    Mac Shannon

    For Defendant:    Pat Bouldin

Counsel advised the Court that discovery is complete and a plea agreement has been reached. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

(1)    This matter is set for a change-of-plea hearing on **October 12, 2017, at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)    The deadline to file pretrial memoranda (*see* Docket No. 37, PageID # 60-61) is **RESET** for **October 13, 2017**.  All other pretrial deadlines shall remain in place.

August 21, 2017

                              **David J. Hale, Judge**
                              **United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg