**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:17-CR-27-DJH**
**UNITED STATES OF AMERICA,**                                                    **PLAINTIFF,**

**vs.**

**RICHARD WHITE,**                                                                   **DEFENDANT.**

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Comes the defendant, by counsel, and moves the Court to modify the conditions of his release herein to permit him to seek employment, and for work release.  In support, the defense states the following:

On March 7, 2017, Mr. White was released from custody by Magistrate Judge Lindsay.  Judge Lindsay released Mr. White on a $25,000 unsecured bond and home detention. (DN 15).  At that time, Mr. White was represented by retained counsel. On May 25, 2017, private counsel was permitted to withdraw and the Federal Defender was appointed to represent Mr. White.  (DN 26).

Since Mr. White's release on March 7, 2017, there have been no motions to revoke Mr. White's release or the like.  Mr. White has no prior criminal history and is willing and able to find suitable employment and maintain a job during the pendency of this case.  The defense is allowed to assert that the United States has no objection to this motion.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**WHEREFORE**, Mr. White respectfully moves the Court to modify the conditions of his release and to allow him to seek and hold employment.

/s/ Patrick J. Bouldin
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## <u>CERTIFICATE</u>

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Mac Shannon, Assistant United States Attorney.

/s/ Patrick J. Bouldin

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2