UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
(Filed Electronically)

**CRIMINAL ACTION NO. 3:17-CR-27-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**vs.**

**RICHARD WHITE,**                                                                                            **DEFENDANT.**

## ORDER

Defendant having moved the Court to modify the conditions of his release herein, the United States having no objection, and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that defendant's conditions of release herein be, and the same hereby are, modified.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant is hereby released on Home Detention, and is restricted to his residence at all times except to seek employment; employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer or supervising officer.

**IT IS FURTHER ORDERED AND ADJUDGED** that all other conditions of Mr. White's release on March 7, 2017 (DN 15) shall remain in effect.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3