UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**V.**       **CRIMINAL ACTION NO. 3:17CR-27-DJH**

**RICHARD WHITE**                                               **DEFENDANT**

## **ORDER**

      The defendant having filed an unopposed motion to modify bond conditions (DN 39), the Court having consulted with the United States Probation Officer, and being otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

      The defendant is placed on home detention and is restricted to his residence at all times except to seek employment; employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer or supervising officer. The defendant shall continue to submit to location monitoring as previously ordered. The defendant must pay all or part of the cost of the program based on his ability to pay as determined by the pretrial service office or supervising officer. All other conditions of the defendant's bond entered March 7, 2017 (DN15) shall remain in full force and effect.

cc: Counsel, USP