UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-27-DJH

RICHARD F. WHITE,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

This matter came before the Court for a change-of-plea hearing on October 12, 2017, with the following counsel participating:

    For the United States:    Mac Shannon

    For Defendant:    Pat Bouldin

The parties advised the Court that they needed additional time before proceeding with the change of plea. They requested that the hearing be continued and agreed that the trial date should be remanded. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    The change-of-plea hearing is **CONTINUED** to **October 23, 2017, at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

    (2)    The trial of this matter, currently set for November 7, 2017, is **REMANDED** from the Court's docket.

October 12, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

cc:    Jury Administrator

1