UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                                    CRIMINAL ACTION NO.  3:17CR-27-DJH

RICHARD F. WHITE A/K/A RAMBO                                                  DEFENDANT

SENTENCING MEMORANDUM

The United States has received and reviewed the Presentence Investigation Report (PSR) for the defendant, White.  Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto.

The PSR determined White's final offense level to be a level 13, which is one level higher than the offense level of 12 contemplated in the Plea Agreement.  (See R.49, PSR at 9 and R.45, Plea Agreement at 5).  The difference is attributable to US Probation's application of the multiple count adjustment in USSG §3D1.4.  (R.49, PSR at 9).  The United States does not intend to challenge Probation's calculation, as it appears to be correct.  The United States concedes, as required by Rule 11(c)(1)(B) of Federal Criminal Procedure and stated within the Plea Agreement, that the Court is not bound by any sentencing recommendation contained within the Plea Agreement.  (See R.45, Plea Agreement at 7).  The United States does note, however, that White has not agreed to any specific sentence with the United States and has reserved for sentencing all arguments relating to the applicable advisory guideline range.  (R.45, Plea Agreement at 5).

At sentencing the United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(B) plea agreement filed on October 24, 2017. (R.45, Plea Agreement).

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/Mac Shannon
Mac Shannon
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Mac Shannon
Mac Shannon
Assistant United States Attorney