**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)**

**CRIMINAL ACTION NO. 3:17CR-27-DJH
UNITED STATES OF AMERICA,**                                         **PLAINTIFF,**

**vs.**

**RICHARD WHITE,**                                                                **DEFENDANT.**

**DEFENDANT'S SENTENCING MEMORANDUM**

Comes the defendant, Richard White, and files this sentencing memorandum.

**I.**

**Introduction**

Richard "Ricky" White is a young man who made the horrible decision to sell drugs. Mr. White has pleaded guilty to five counts of selling heroin, and one count of possessing a stolen firearm. (DN 45, Plea Agreement).

But Mr. White is also more than a drug-dealer. Mr. White is a 23 years old man, born in Louisville and having lived here his whole life. (Final Pre-sentence report "PSR", Para. 61). He is the youngest for four children with three older sisters. (Id.). His mother, father, step-mother and sisters all still reside in Louisville. (Id.).

Mr. White's parents separated when he was in high-school, and his family struggled financially. (PSR Para. 62). Because of this, Mr. White and his mother and sisters bounced

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

from rental property to rental property. (Id.). In addition to these financial struggles, during Mr. White's youth, his father was sentenced to prison, and one of his sister's battled cancer. (Id.).

Growing up, Mr. White had a passion for sports. He played both football and basketball in elementary school. (PSR Para. 62). In particular, Mr. White loved basketball, and he was a star player for the J. Graham Brown School as a boy.

Unfortunately, in high school, Mr. White struggled with depression given some of the challenges in his life. As a result, he stopped playing the sports. (PSR Para. 62). Not surprisingly, at that time, Mr. White began hanging out with the "wrong crowd" and began smoking marijuana, which only furthered his depression. (PSR Para. 73). Mr. White dropped out of Eastern High School, but a year later re-enrolled in school and graduated from PRP High School. (PSR Para. 74).

However, despite the challenges he faced in his personal life, Mr. White largely stayed out of trouble with the law. His first criminal charge came at the age of 18 when he was charged and pleaded guilty to failing to maintain car insurance. (PSR Para. 53). This charge is the only countable criminal history in the PSR, thus Mr. White is a Criminal History Category I under the Federal Sentencing Guidelines. (PSR Para. 53). Until the instant case, Mr. White had never been charged with a drug possession or a drug trafficking crime, nor had he ever been charged with any type of weapons offense. Similarly, Mr. White has never been charged with a crime of violence.

Since being released on home incarceration in this case (DN 15, Appearance Bond) on

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

March 7, 2017, Mr White has begun to turn his life back around. Regarding his release to home incarceration, Mr. White has been required to obtain permission from the United States Probation Office ("Probation Office") any time that he wished to leave his home. Yet, despite being on home incarceration for over 10 months, there have not been any motions to revoke his bond. Defense counsel can attest that it is the rare client that successfully remains on home incarceration for this period of time without at least an alleged violation. For example, Mr. White has not tested positive for any controlled substances during the pendency of this case.

Mr. White's relationship with defense counsel did not start off on the best of footing. As the Court may recall, Mr. White represented himself *pro se* for a brief period of time after defense counsel was appointed to represent him. (DN 35 and DN 37). After counsel was re-appointed to represent Mr. White, counsel can attest that Mr. White has been a model client. Mr. White has been very responsive to defense counsel, always appearing in a timely manner for any meetings with counsel. Mr. White often has asked counsel to contact his Probation Officer, making sure he has the has permission from the probation office before meeting with counsel or going on job interviews. Today, Mr. White is a very respectful individual to counsel, often asking counsel about his children or the like.

Mr. White also sought and obtained employment during the pendency of this case. On September 1, 2017, the Court granted Mr. White release from home incarceration to seek employment. (DN 42). Shortly thereafter, Mr. White obtained employment at Electro-Tech Services in Louisville. (PSR Para. 76). Mr. White worked there full-time and earned $10 per

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

house. (Id). [1]

Unfortunately, because of a reduction in business and through no fault of his own, Elctro-Tech had to lay off Mr. White.  Attached to this memorandum is a letter from Scott Ortheofer, Human Resource Manager at Electro-Tech.  The letter reads in part:

> Mr. White has shown me that he is a responsible individual and has been very helpful here.  I think he could be a productive member in society if given a chance.  If you should wish to contact me, please do so.  (Defendant's Exhibit 1).

Mr. White life has changed in other way as well during the pendency of this case.  He recently informed defense counsel that his girlfriend is pregnant and they are expecting their first child.  Mr. White asserts that he wants to live a law abiding life and be there for his child.  If Mr. White continues to live his life like he has the past several months, he should be able to do just that.

## II.

## The Pre-Sentence Report

### A.   Charges and convictions

Mr. White was indicted in February of 2017.  (DN 1, Indictment).  As noted, Mr. White was charged with five counts of selling small amounts of heroin in 2016.  Counts two through five involved Mr. White selling heroin to an undercover FBI informant, the largest purchase being a sale of $250 worth of heroin.  (PSR Paras. 17 - 20).   Mr. White would obtain the

---

[1]   Before his arrest on these charges, Mr. White was working at the Medical Laundry Center earning just under $10 per hour.  (PSR Para. 76).  He lost this job when he was arrested on these charges.  (Id).  Mr. White has also worked for Amazon, in construction, in lawn care and as a dishwasher in the past.  (Id.).

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4

relatively small amounts of heroin from a larger dealer, and then sell them on the street. Of note is that none of the heroin purchased by the FBI informant contained fentanyl.

On September 9, 2016, law enforcement executed a search warrant at Mr. White's home. (PSR Para. 22). The search of his home resulted in Mr. White being charged in Count 6 of the Indictment with possession of a stolen firearm. (PSR Para. 22). No heroin was found in Mr. White's home.

On October 23, 2017, Mr. White pleaded guilty to all charges of the Indictment pursuant to a written plea agreement with the United States. (DN 45). In the plea agreement, the United States agreed to recommend a sentence within the applicable guideline range at sentencing. (Id.).

**B.     PSR Guideline Calculations.**

The PSR calculates Mr. White's final guideline range as Total Offense Level 13 and Criminal History Category I. (PSR Para. 80). This results in a guideline range of 12 to 18 months imprisonment. (Id.). Since the applicable guideline range is in Zone C of the Sentencing Table, the minimum term may be satisfied by (1) a sentence of imprisonment; or (2) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in subsection (e), provided that at least one-half of the minimum term is satisfied by imprisonment. USSG §5C1.1(d). (Id.).

The Guideline Calculations of the PSR are one level higher than those contemplated by

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

5

the Plea Agreement, but the defense has no objections to the PSR's Guideline Calculations. Counsel does note that should the Court sentence Mr. White to a term of imprisonment, the Bureau of Prisons will not credit him with any time served for the some 10 months he has spent on home detention.

The PSR does not identify any factors that warrant a departure or variance from the Guidelines. (PSR Para. 94 - 97). Similarly, the United States is not seeking an departures or variances from the Guidelines.

### III.

### Requested sentence

At sentencing, the defense will respectfully ask the Court to sentence Mr. White in accordance with the plea agreement.

Respectfully submitted,

/s/ Patrick J. Bouldin
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

6

## **CERTIFICATE**

      I hereby certify that on January 19, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

                                                       /s/ Patrick J. Bouldin

Office of the Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

7