# Electro-Tech Services, Inc.
7201-B Intermodal Drive • Louisville, KY 40258 • Tel: (502) 995-0180 • Fax: (502) 995-0175

October 20, 2017

To Whom It May Concern;

    Mr. Richard White has been employed by Electro-Tech Services since September 28th, 2017. From this short time here, Mr. White has shown me that he is a responsible individual and has been very helpful here. I think he could be a productive member in society if given a chance. If you should wish to contact me, please do.

Regards,

Scott Orthoefer

Human Resource Manager