

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                              Criminal Action No. 3:17-cr-027-DJH

RICHARD F. WHITE,                                            Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

January 25, 2018                                  _Richard White_____
Date                                              Defendant's Signature