IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:17CR-27-DJH |
| Richard F. White ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 12, 2017 and ending on January 10, 2018. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2018 at Louisville, KY.

Debby Lovern
Paralegal

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# COURT CASE NUMBER: 3:17CR-27-DJH; NOTICE OF FORFEITURE

Notice is hereby given that on December 06, 2017, in the case of <u>U.S. v. Richard F. White</u>, Court Case Number 3:17CR-27-DJH, the United States District Court for the Western District of Kentucky entered an Order condemning and forfeiting the following property to the United States of America:

Glock GMBH, Model 27,.40 caliber semi-automatic handgun, bearing Serial Number UKX249, with associated magazine and ammunition (17-FBI-001991), including the following items: 1 Glock GMBH, Model 27, .40 caliber semi-automatic handgun with associated magazine, Ser No: UKX249; 1 miscellaneous ammunition, Ser No: none which was seized from Richard Franklin White III on February 22, 2017, located in Louisville, KY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 12, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 601 West Broadway, 106 Gene Snyder Courthouse, Louisville, KY 40202, and a copy served upon Assistant United States Attorney Amy Sullivan, 717 W. Broadway, Louisville, KY 40202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 12, 2017 and January 10, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Richard F. White

**Court Case No:** 3:17CR-27-DJH
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/12/2017 | 24.0 | Verified |
| 2 | 12/13/2017 | 24.0 | Verified |
| 3 | 12/14/2017 | 24.0 | Verified |
| 4 | 12/15/2017 | 24.0 | Verified |
| 5 | 12/16/2017 | 24.0 | Verified |
| 6 | 12/17/2017 | 24.0 | Verified |
| 7 | 12/18/2017 | 24.0 | Verified |
| 8 | 12/19/2017 | 24.0 | Verified |
| 9 | 12/20/2017 | 24.0 | Verified |
| 10 | 12/21/2017 | 24.0 | Verified |
| 11 | 12/22/2017 | 24.0 | Verified |
| 12 | 12/23/2017 | 24.0 | Verified |
| 13 | 12/24/2017 | 24.0 | Verified |
| 14 | 12/25/2017 | 24.0 | Verified |
| 15 | 12/26/2017 | 24.0 | Verified |
| 16 | 12/27/2017 | 24.0 | Verified |
| 17 | 12/28/2017 | 24.0 | Verified |
| 18 | 12/29/2017 | 24.0 | Verified |
| 19 | 12/30/2017 | 24.0 | Verified |
| 20 | 12/31/2017 | 24.0 | Verified |
| 21 | 01/01/2018 | 24.0 | Verified |
| 22 | 01/02/2018 | 24.0 | Verified |
| 23 | 01/03/2018 | 24.0 | Verified |
| 24 | 01/04/2018 | 24.0 | Verified |
| 25 | 01/05/2018 | 24.0 | Verified |
| 26 | 01/06/2018 | 24.0 | Verified |
| 27 | 01/07/2018 | 24.0 | Verified |
| 28 | 01/08/2018 | 24.0 | Verified |
| 29 | 01/09/2018 | 24.0 | Verified |
| 30 | 01/10/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.