# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**              **CRIMINAL NO. 3:17CR-00027-DJH**
*Electronically Filed*

**RICHARD F. WHITE**            **DEFENDANT**

## MOTION FOR FINAL DECREE
## AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

RUSSELL M. COLEMAN.
UNITED STATES ATTORNEY

s/Amy M. Sullivan
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney