UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                                                   CRIMINAL ACTION NO.  3:17CR-27-DJH
                                                                                    *Electronically Filed*

RICHARD F. WHITE
   a/k/a RAMBO                                                                                      DEFENDANT

NOTICE OF APPEARANCE

    The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

                                        Respectfully submitted,

                                        RUSSELL M. COLEMAN
                                        United States Attorney

                                        s/*Amy M. Sullivan*
                                        Amy M. Sullivan
                                        Assistant United States Attorney
                                        717 West Broadway
                                        Louisville, Kentucky 40202
                                        (502) 582-5911
                                        (502) 582-5097 (fax)
                                        Amy.Sullivan@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                        s/*Amy M. Sullivan*
                                        Amy M. Sullivan

Assistant United States Attorney