UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL NO. 3:17CR-27-DJH** |
| **RICHARD F. WHITE** | **DEFENDANT** |

### UNITED STATES MOTION TO DISMISS
### THE FINAL DECREE AND ORDER OF FORFEITURE

The United States, by counsel, respectfully requests that the Court to dismiss the Final Decree and order of Forfeiture filed in the above-styled case. In support of its motion, the United States states as follows:

The defendant entered into a plea agreement on October 23, 2017, wherein he pled guilty to Counts 1 through 6 of the Indictment and agreed to forfeit a Glock GMBH, Model 27, caliber 40 semiautomatic handgun, SN: UKX249, One (1) associated magazine and ammunition. [DN 45: Plea Agreement].

This Court entered a Preliminary Order of Forfeiture, forfeiting the firearm, associated magazine and ammunition on December 06, 2017 [DN 47: Preliminary Order of Forfeiture] and on April 26, 2018 the Court entered the Final Decree and Order of Forfeiture [DN 61]. The United States has just learned that the Federal Bureau of Investigation determined the firearm (associated magazine and ammunition) had been stolen and has now been returned to the innocent owner, Michael Anthony Melton.

Accordingly, the United States requests that the Court to dismiss the Final Decree and

Order of Forfeiture and being that the firearm, associated magazine and ammunition were the only assets forfeited and judicial forfeiture is no longer necessary.

A proposed order is hereto attached.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney