UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                                                  CRIMINAL NO. 3:17CR-27-DJH

RICHARD F. WHITE                                                           DEFENDANT

### ORDER

Upon motion of the United States, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Final Decree and Order of Forfeiture regarding the Glock GMBH, Model 27, 40 caliber semiautomatic handgun, associated magazine and ammunition is DISMISSED.