UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                                    CRIMINAL NO. 3:17CR-27-DJH

RICHARD F. WHITE                                                 DEFENDANT

## ORDER

Upon motion of the United States, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Final Decree and Order of Forfeiture regarding the

Glock GMBH, Model 27, 40 caliber semiautomatic handgun, associated magazine and

ammunition is DISMISSED.

June 12, 2018

David J. Hale, Judge
United States District Court